IH-32                                                                                                          Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

___

**Full Caption of Later Filed Case:**

Miles Rijper-Greenidge

| Plaintiff | Case Number |
|---|---|
| vs. | 23-cv-9702 |
| Michael McGuire, Salvatore Provenzano, Carl Rordamel, Nicolaos Tjortjoglou, Ryan Miller, Jillian Flannagan, and John and Jane Does No. 1-9 | |
| Defendant | |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

Lucas Rijper Greenidge

| Plaintiff | Case Number |
|---|---|
| vs. | 23-cv-06980 |
| Michael McGuire, Salvatore Provenzano, Carl Rordamel, Nicolaos Tjortjoglou, Jillian Flanagan, Matthew Miller, and John Does #1-5 | |
| Defendant | |

IH-32                                                                                                          Rev: 2014-1

## Status of Earlier Filed Case:

☐ Closed      (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

✓ Open        (If so, set forth procedural status and summarize any court rulings.)

Defendants appear to have been served, and pursuant to Local Rule 83.10 (formerly the 1983 Plan), it appears answers are slightly overdue.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

This case relates to the same incident -- Plaintiff in this case is the brother of the Plaintiff in the earlier case; the Defendants are the same. The same factual issues and many of the same legal issues are at issue. In short, both cases litigate the same police conduct and arrests.

Signature: /s/ Remy Green                                    Date: 2023/11/03

Firm: Cohen&Green P.L.L.C.