AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Miles Rijper-Greenidge, <br><br> *Plaintiff(s)* <br> v. <br> Michael McGuire, Salvatore Provenzano, Carl Rordamel, Nicolaos Tjortjoglou, Ryan Miller, Jillian Flannagan, and John and Jane Does No. 1-9 <br><br> *Defendant(s)* | Civil Action No. 23-cv-09702-KPF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Remy Green
>Cohen&Green P.L.L.C.
>1639 Centre St., Suite 216
>Ridgewood, NY 11385
>remy@femmelaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: December 15, 2023

/S/  S.  James
*Signature of Clerk or Deputy Clerk*

<u>**Summons Rider**</u>

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Michael McGuire
20th Precinct
120 West 82nd Street
New York, NY 10024

Carl Roadarmel
20th Precinct Detective Squad
120 West 82nd Street
New York, NY 10024

Nicolaos Tjortjoglou
20th Precinct
120 West 82nd Street
New York, NY 10024

Jillian Flanagan
20th Precinct
120 West 82nd Street
New York, NY 10024

Salvatore Provenzano
Quartermaster Section
51-02 59th Street
Queens, NY 11377