**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

MILES RIJPER-GREENIDGE,                                    23-cv-09702-KPF

                         *Plaintiff,*                    <u>DECLARATION OF SERVICE</u>

            v.

MCGUIRE, et al.,

                         *Defendants.*

------------------------------------------------------------- X

        REGINA YU, hereby declares under penalty of perjury that the following statements are true and

correct:

1.  I am over 18 years of age and not a party to this action.

2.  I am a Law Graduate for Cohen&Green P.L.L.C., attorneys for Plaintiff in the above captioned
    matter.

3.  On January 18, 2024, at 6:32 p.m., I transmitted the following documents in the above matter to the
    New York City Law Department by e-mail at <u>ServiceECF@law.nyc.gov</u> for service on the City of
    New York:

        a)  Complaint (Dkt. 1);

        b)  Plaintiff's executed 160.50 release;

        c)  A HIPAA release signed by Plaintiff for FDNY/EMS; and

        d)  A HIPAA release signed by Plaintiff for Bellevue Hospital.

4.  I then received the e-mail attached hereto from the Law Department confirming receipt and service
    of the above.


Executed:       January 18, 2024
                Brooklyn, NY

                                                _____
                                                REGINA YU

**From:** **ServiceECF (Law)** ServiceECF@law.nyc.gov
**Subject:** Proof of service receipt
**Date:** January 18, 2024 at 6:39 PM
**To:** Regina Yu  regina@femmelaw.com

This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York.  Please retain it for your records.  Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, including  the Mayor and City Agency Heads named in their official capacities.  Service of process on any individually named parties has not been accepted.

Documents must be submitted as attachments; linked documents will not be accessed and will not be considered as proper service on the New York City Law Department. All documents submitted after 5:00PM will be considered served on the next business day.

Please be reminded that the Law Department Service Window remains open to accept service of papers on Tuesdays and Thursdays from 9:00 am until 5:00 pm.

Service of process on individuals should continue to proceed in a manner required by applicable law.

**This mailbox is only monitored for service. Please call (212) 356-1140** with any questions or concerns.