UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK                    COUNTY OF

| Plaintiff / Petitioner: | AFFIDAVIT OF SERVICE |
|---|---|
| MILES RIJPER-GREENIDGE | Index No: |
| Defendant / Respondent: | 23-CV-09702 |
| MICHAEL MCGUIRE ET AL | |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at . That on Fri, Jan 26 2024 AT 01:15 PM AT 51-02 59TH STREET 20TH PCT, QUEENS, NY 11377 deponent served the within Summons and Complaint SDNY RULES AND JUDGE FAILLLA'S INDIVIDUAL RULES on P.O SALVATORE PROVENZANO

- [ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.
- [ ] **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.
- [X] **Suitable Person:** by delivering thereat, a true copy of each to Sergeant Williams a person of suitable age and discretion.
- [ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at
- [X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 51-02 59TH STREET 20TH PCT, QUEENS, NY 11377, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Fri, Jan 26 2024.
- [X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
| Age: 45 | Ethnicity: Caucasian | Gender: Male | Weight: 170 |
|---|---|---|---|
| Height: 5'7" | Hair: Brown | Eyes: Brown | Relationship: Co worker |
| Other | | | |

Mitchell Raider
1450036

I affirm this 26 day of JANUARY, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF

**Plaintiff / Petitioner:**
MILES RIJPER-GREENIDGE

**Defendant / Respondent:**
MICHAEL MCGUIRE ET AL

**AFFIDAVIT OF SERVICE**

Index No:
23-CV-09702

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at . That on <u>Thu, Jan 25 2024</u> AT <u>11:43 AM</u> AT <u>120 West 82nd Street 20TH PCT, New York City, NY 10024</u> deponent served the within <u>Summons and Complaint SDNY RULES AND JUDGE FAILLLA'S INDIVIDUAL RULES</u> on <u>P.O JILIAN FLANAGAN</u>

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to <u>P.O Hernandez</u> a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, <u>120 West 82nd Street 20TH PCT, New York City, NY 10024</u>, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on <u>Thu, Jan 25 2024</u>.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 40　　Ethnicity: Hispanic　　Gender: Female　　Weight: 160
Height: 5'3"　　Hair: Black　　Eyes: Brown　　Relationship: Co worker
Other

Mitchell Raider
1450036

I affirm this 25 day of JANUARY, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK | COUNTY OF |

| **Plaintiff / Petitioner:** MILES RIJPER-GREENIDGE <br> **Defendant / Respondent:** MICHAEL MCGUIRE ET AL | **AFFIDAVIT OF SERVICE** <br> Index No: <br> 23-CV-09702 |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at . That on <u>Thu, Jan 25 2024</u> AT <u>11:42 AM</u> AT <u>120 West 82nd Street 20TH PCT, New York City, NY 10024</u> deponent served the within <u>Summons and Complaint SDNY RULES AND JUDGE FAILLLA'S INDIVIDUAL RULES</u> on <u>P.O MICHAEL MCGUIRE</u>

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to <u>P.O Hernandez</u> a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, <u>120 West 82nd Street 20TH PCT, New York City, NY 10024</u>, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on <u>Thu, Jan 25 2024</u>.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| Age: 40 | Ethnicity: Hispanic | Gender: Female | Weight: 160 |
| Height: 5'3" | Hair: Black | Eyes: Brown | Relationship: Co worker |
| Other | | | |

*[signature]*

Mitchell Raider
1450036

I affirm this 25 day of JANUARY, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF

**Plaintiff / Petitioner:**
MILES RIJPER-GREENIDGE

**Defendant / Respondent:**
MICHAEL MCGUIRE ET AL

**AFFIDAVIT OF SERVICE**

Index No:
23-CV-09702

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at . That on Thu, Jan 25 2024 AT 11:30 AM AT 120 West 82nd Street 20TH PCT, New York City, NY 10024 deponent served the within Summons and Complaint SDNY RULES AND JUDGE FAILLLA'S INDIVIDUAL RULES on P.O NICHOLAS TJORTJOGLOU

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to P.O Hernandez a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 120 West 82nd Street 20TH PCT, New York City, NY 10024, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Thu, Jan 25 2024.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 40      Ethnicity: Hispanic      Gender: Female      Weight: 170
Height: 5'3"      Hair: Black      Eyes: Brown      Relationship: Co worker
Other

_[signature]_

Mitchell Raider
1450036

I affirm this 25 day of JANUARY, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.