UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

MILES RIJPER-GREENIDGE,

        *Plaintiff*,

   v.

MICHAEL MCGUIRE, et al.,

        *Defendants.*

23-cv-09702-KPF

AFFIRMATION OF SERVICE

------------------------------------------------------------------------X

REGINA YU, affirms[1] under penalty of perjury and pursuant to CPLR 2106 as follows:

1. I am over 18 years of age and not a party to this action.
2. I am a Law Graduate for Cohen&Green P.L.L.C. and Gideon Orion Oliver, attorneys for Plaintiff in the above-captioned matter.
3. On March 4, 2024, at 9:53 a.m., I transmitted the following documents in the above matter to the New York City Law Department by e-mail at egottste@law.nyc.gov for service on Defendant Carl Roadarmel:
    a) Complaint (Dkt. 1) and
    b) Summons (Dkt. 5).
4. Attached hereto is the above-described e-mail.

I affirm this 4th day of March 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Dated: Brooklyn, NY
       March 4, 2024

*Regina Yu*

_____
REGINA YU

---

[1] CPLR 2106 was amended, effective January 1, 2024, to permit an affirmation in lieu of an affidavit, by "any person, wherever made, subscribed and affirmed by that person to be true under the penalties of perjury."

**From:** Regina Yu regina@femmelaw.com
**Subject:** Rijper-Greenidge v. McGuire (1:23-cv-09702) - Service of S+C for Defendant Roadarmel
**Date:** March 4, 2024 at 9:53 AM
**To:** Gottstein, Evan (Law) egottste@law.nyc.gov
**Cc:** Remy Green remy@femmelaw.com, FemmeLaw Internal femmes@femmelaw.com

Good morning,

Please find attached the following documents for service on Defendant Det. Carl Roadarmel in the above-captioned matter:

1. Complaint
2. Issued summons

Best,
Regina

Regina Yu (she/her)
*Law Graduate Not Admitted to Practice Law*
Cohen&Green P.L.L.C. #FemmeLaw
1639 Centre St. Suite 216, Ridgewood, NY 11385
929.888.9480 (office) | (929) 888.9457 (f)



1 - Complaint.pdf

5 - Issued summonses.pdf