UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

MILES RIJPER-GREENIDGE,

                            Plaintiff,

                -against-

MICHAEL MCGUIRE, SALVATORE PROVENZANO, CARL RORDAMEL, NICOLAOS TJORTJOGLOU, RYAN MILLER, JILLIAN FLANNAGAN, AND JOHN AND JANE DOES NO. 1-9,

                            Defendants.
-------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

23-CV-9702 (KPF)

       **PLEASE TAKE NOTICE** that **EVAN J. GOTTSTEIN**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, the Honorable Sylvia O. Hinds-Radix, appears herein as counsel of record for defendants Michael McGuire, Salvatore Provenzano, Carl Roadarmel, Nicolaos Tjortjoglou, and Jillian Flanagan.

Dated: New York, New York
        May 14, 2024

                            HON. SYLVIA O. HINDS-RADIX
                            Corporation Counsel of the
                            City of New York
                            *Attorney for Defendants McGuire, Provenzano,*
                            *Roadarmel, Tjortjoglou, and Flanagan*
                            100 Church Street, Rm. 3-189
                            New York, New York 10007
                            (212) 356-2262
                            egottste@law.nyc.gov

                  By:     *Evan J. Gottstein*          /s/
                            Evan J. Gottstein
                            *Assistant Corporation Counsel*

cc:     *All Counsel of Record* (Via ECF)