UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X   Case No.: 23-cv-9702
MILES RIJPER-GREENIDGE,

                                         Plaintiff,        **(PROPOSED) STIPULATION AND ORDER**

         -against-

MICHAEL MCGUIRE, SALVATORE PROVENZANO, CARL RORDAMEL, NICOLAOS TJORTJOGLOU, RYAN MILLER, JILLIAN FLANNAGAN, AND JOHN AND JANE DOES NO. 1-9,

                                     Defendants.
------------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. All represented parties consent to the filing of the annexed proposed amended complaint, and the sole un-represented party (Ryan Miller) is dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: New York, New York
        April 19, 2024

| **COHEN&GREEN P.L.L.C.** | **NYC CITY LAW DEPARTMENT** |
|---|---|
| By:    /s/ | By: *Evan J. Gottstein* /s/ |
| J. Remy Green | Evan Gottstein |
| 1639 Centre Street, Suite 216 | 100 Church Street |
| Ridgewood (Queens), NY 11385 | New York, New York, 10007 |
|   t: (929) 888-9480 | *Attorney for Defendants McGuire,* |
|   f: (929) 888-9457 | *Provenzano, Rordamel, Tjortjoglou,* |
|   e: remy@femmelaw.com | *and Flannagan* |
| *Attorneys for Plaintiff* | |