**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Miles Rijper-Greenidge,<br><br>      *Plaintiffs,*<br><br>    v.<br><br>Michael McGuire, Salvatore Provenzano, Carl Rordamel, Nicolaos Tjortjoglou, Matthew Miller, Jillian Flannagan, and John and Jane Does No. 1-9,<br><br>      *Defendants.* | Docket No. 23-cv-9702<br><br>**DECLARATION OF SERVICE** |

  Remy Green, an attorney duly admitted to practice before this court, declares the following is true and correct:

  1.  I am counsel for Plaintiff in this the case above.

  2.  On May 22, 2024, pursuant to an agreement of the parties, including Defendant Miller, I served Defendant Miller with the summons and First Amended Complaint.

  As permitted in 28 U.S.C. § 1746, I, Remy Green, declare under penalty of perjury that the foregoing is true and correct.

Executed On:  May 31, 2024         /s/
                           _____
                              J. Remy Green