

October 21, 2024

Hon. Katherine Polk Failla, U.S.D.J.
United States District Court for the Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

By Electronic Filing.

    Re:    Case No. 23-cv-09702-KPF, <u>Rijper-Greenidge v. McGuire, et al</u>.

Dear Judge Failla:

    My firm, with co-counsel from Gideon Orion Oliver (ECF No. 8), is currently counsel of record for Plaintiff in the above-captioned matter. I write to ask leave for my firm and Mr. Oliver to withdraw as counsel.

    Per Local Rule 1.4, this motion is being served on Plaintiff directly by certified mail, along with a copy by email. If the Court would like a more detailed explanation of the reasons for our withdrawal, I ask leave to submit those reasons under seal (with copy to the client), so that they are not shared with an adverse party.

    As this was initially a case with a "represented plaintiff against the City of New York [] and[] its employees alleging the use of excessive force, false arrest, or malicious prosecution by employees of the NYPD in violation of 42 U.S.C. § 1983," it was made part of the Local Rule 83.10 Plan. Prior to this motion, the parties were attempting to schedule the Local Rule 83.10 mediation. However, since Plaintiff may or may not continued to be "represented," I ask that the Court stay those requirements until Plaintiff decides whether he will be proceeding *pro se* or with other counsel.

    As always, we thank the Court for its time and consideration.

    Respectfully submitted,

    /s/
    ―――――――――――――
    J. Remy Green
       *Honorific/Pronouns: Mx., they/their/them*
    **COHEN&GREEN P.L.L.C.**
    *Attorneys for Plaintiffs*
    1639 Centre St., Suite 216
    Ridgewood, New York 11385

cc:
All relevant parties by ECF.
Mr. Rijper Greenidge (by email and certified mail).