

October 21, 2024

Hon. Katherine Polk Failla, U.S.D.J.
United States District Court for the Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

By Electronic Filing.

**MEMO ENDORSED**

Re:   Case No. 23-cv-09702-KPF, Rijper-Greenidge v. McGuire, et al.

Dear Judge Failla:

My firm, with co-counsel from Gideon Orion Oliver (ECF No. 8), is currently counsel of record for Plaintiff in the above-captioned matter. I write to ask leave for my firm and Mr. Oliver to withdraw as counsel.

Per Local Rule 1.4, this motion is being served on Plaintiff directly by certified mail, along with a copy by email. If the Court would like a more detailed explanation of the reasons for our withdrawal, I ask leave to submit those reasons under seal (with copy to the client), so that they are not shared with an adverse party.

As this was initially a case with a "represented plaintiff against the City of New York [] and[] its employees alleging the use of excessive force, false arrest, or malicious prosecution by employees of the NYPD in violation of 42 U.S.C. § 1983," it was made part of the Local Rule 83.10 Plan. Prior to this motion, the parties were attempting to schedule the Local Rule 83.10 mediation. However, since Plaintiff may or may not continued to be "represented," I ask that the Court stay those requirements until Plaintiff decides whether he will be proceeding *pro se* or with other counsel.

As always, we thank the Court for its time and consideration.

Respectfully submitted,

/s/
_____
J. Remy Green
   *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by ECF.
Mr. Rijper Greenidge (by email and certified mail).

Upon review of this application and Plaintiff's *ex parte* submission, the Court GRANTS the application.  Counsel are directed to transmit this endorsement to Mr. Rijper-Greenidge.  The Court notes that counsel have waived any charging or retaining lien.  And the Court extends its best wishes to counsel in their future endeavors.

Mr. Rijper-Greenidge shall notify the Court of his decision whether to proceed *pro se*, or to find new counsel, on or before **December 9, 2024**.  Likewise, and in accordance with the Court's Order staying the mediation requirement (Dkt. #21), the stay will remain in effect until **December 9, 2024.**

The Clerk of Court is directed to terminate Gideon Oliver and J. Remy Green from this action.

Dated:    October 25, 2024         SO ORDERED.
          New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE