Pro Se Intake Unit
U.S. District Court, Southern District of New York
40 Foley Square, Room 105
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2024 DEC -5 AM 11: 46

**MEMO ENDORSED**

Re: Case No. 23-cv-09702-KPF, Miles Rijper-Greenidge v. McGuire, et al

I am writing to request an extension of 60 days, or whatever additional time the court is willing and able, to extend the active court order(s) (described in the document labeled "Document Number: 23" that I received via email from my previous council on 10/29/2024) staying the mediation requirement and request that the court give me additional time to find new council. I apologize for submitting this letter so close to the deadline, however I ask the court to understand that I was very sick with Covid like symptoms for approximately two weeks during the previously allotted time, up until this week, My health combined with continuing/urgent work obligations, left me both unable to search for legal representation and contact the court within a more reasonable timeframe. I plead with the court to recognize that I would have undertaken a search for representation and/or requested an extension within a more reasonable timeframe had I not been bedridden for a significant part of the time previously allotted by this court. I respectfully request that the court and presiding judge consider the facts described in this letter and grant me an extension, or another stay, so that I have time to seek representation.

12/05/2024

Miles Rijper-Greenidge

8 W 130th Street Apt. 3F New York, New York 10037
1(917) 583-9541        greenwek44@yahoo.com

```
Application GRANTED.  The stay shall remain in effect until
February 7, 2025, on or before which date Mr. Rijper-Greenidge
shall notify the Court of his decision whether to proceed pro se,
or to find new counsel.

The Clerk of Court is directed to mail a copy of this endorsement
to Mr. Rijper-Greenidge at the following address: 8 W. 130th
Street Apt. 3F, New York, New York 10037.

Dated:     December 9, 2024          SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE