**MEMO ENDORSED**

Pro Se Intake Unit
U.S. District Court, Southern District of New York
40 Foley Square, Room 105
New York, NY 10007

Re: Case No. 23-cv-09702-KPF, Miles Rijper-Greenidge v. McGuire, et al

I previously sent one similar letter regarding an extension request on 12/05/2024, I have not yet seen a response a from the court regarding my first letter. I've written this letter after quickly reading over this courts Individual Rules of Conduct (Revision October 1, 2024), which I had previously ignored in my haste to respond to the court, because I want to make a good faith effort to conform to this courts standards.

I am writing to request an extension of 60 days, or whatever additional time the court is willing and able, to extend the active court order(s) (described in the document labeled "Document Number: 23" that I received via email from my previous council on 10/29/2024, stating that I had until 12/09/2024 to respond) staying the mediation requirement and request that the court give me additional time to find new council. I apologize for submitting this letter so close to the deadline, however I ask the court to understand that I was very sick with Covid like symptoms for approximately two weeks during the previously allotted time, up until last week, The adversary hasn't consented as I was unable to contact the adversary because I do not have their contact information and due to the fact that I was too unwell to conduct business normally.

My health combined with continuing/urgent work obligations, left me both unable to search for legal representation and contact the court within a more reasonable timeframe. I plead with the court to recognize that I would have undertaken a search for representation and/or requested an extension within a more reasonable timeframe had I not been bedridden for a significant part of the time previously allotted by this court. I respectfully request that the court and presiding judge consider the facts described in this letter and grant me an extension, or another stay, so that I have time to seek representation.

12/09/2024

Miles Rijper-Greenidge

8 W 130th Street Apt. 3F New York, New York 10037
1(917) 583-9541      greenwek44@yahoo.com

2024 DEC -9 PM 3:40

SDNY PRO SE OFFICE
RECEIVED

On December 6, 2024, the Court received Plaintiff's letter dated December 5, 2024 (Dkt. #24), which it endorsed on December 9, 2024 (Dkt. #25), and which endorsement was mailed to Plaintiff on December 10, 2024.  The Court received the above letter, dated December 9, 2024, on December 10, 2024 (Dkt. #26), but it already granted the requested extension (see Dkt. #25).

Accordingly, the Clerk of Court is directed to terminate the pending motion at docket entry 26, and to mail a copy of this endorsement to Plaintiff at his address of record.

Dated:   December 11, 2024          SO ORDERED.
         New York, New York

                                    *Katherine Polk Failla*

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE