Pro Se Intake Unit
U.S. District Court, Southern District of New York
40 Foley Square, Room 105
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2025 MAY 15  PM 2:40

Re:  Case No. 23-cv-09702-KPF, Miles Rijper-Greenidge v. McGuire, et al

To: Judge Failla and the Court

(1)

The following is a brief statement on the nature of the action:

The individual defendants willfully and intentionally seized, searched, detained, and arrested plaintiff, and caused him to be imprisoned, without probable cause, and without a reasonable basis to believe such cause existed. By so doing, the individual defendants subjected plaintiff to false arrest and imprisonment, and thereby violated and aided and abetted in the violation of plaintiff's rights under the Fourth Amendment of the United States Constitution. By reason thereof, the individual defendants have violated 42 U.S.C §1983 and caused plaintiff to suffer the deprivation of his liberty, loss of his constitutional rights, physical injuries, and mental anguish.

The individual defendants also willfully and intentionally fabricated evidence by falsely memorializing claims to have witnessed plaintiff engaging in criminal or unlawful activity, and then forwarded these materially false claims to a prosecutor in order to justify the arrest of plaintiff, and to justify, bring about and cause plaintiff to be deprived of his liberty and to be criminally prosecuted. By so doing, the individual defendants subjected the plaintiff to denial of a fair trial and violation of his right to due process by fabricating evidence and otherwise providing prosecutors with a materially false and misleading version of events, and thereby

violated plaintiff's rights under the Fourth, Sixth, and Fourteenth Amendments of the United States Constitution. By reason thereof, the individual defendants have violated 42 U.S.C. §1983 and caused plaintiff to suffer the deprivation of his liberty, loss of his constitutional rights, physical injuries, and mental anguish.

As a result of the foregoing, defendants subjected plaintiff to excessive force with no legal basis, justification or excuse. As a result of the defendants' conduct, the plaintiff was subjected to a level of force by the defendants in excess of what was reasonable under the circumstances. As a result of the foregoing, plaintiff's liberty was restricted and he was put in fear for his physical safety without probable cause or any legal justification, and he was physically injured.

(2)

I believe that the following points explain why the jurisdiction and venue lies in this Court:

1. Plaintiff, Miles Rijper-Greenidge (Mr. Greenidge; he/him), was an adult resident of New York County, in the State of New York.

2. As alleged below, the underlying incident took place in Manhattan, within New York County, New York.

3. Defendant Michael McGuire is an NYPD police officer living in New York.

4. Defendant Salvatorre Provenzano is an NYPD police officer living in New York.

5. Defendant Carl Rordamel is an NYPD police officer living in New York.

6. Defendant Ryan Miller is an NYPD police officer living in New York.

7. Defendant Jillian Flannagan is an NYPD police officer living in New York.

8. Defendant Tjortjoglou is an NYPD police officer living in New York.

9. Defendants Doe #1-9, are believed to be NYPD police officers living in New York.

10. Defendants are sued herein in their official and individual capacities.

11. This Court has jurisdiction of this action pursuant to 28 U.S.C. §§ 1331, 1343 and 1367, and 42 U.S.C. § 1983.

12. Venue is proper pursuant to 28 U.S.C. § 1391, et seq., in the Southern District of New York, where Plaintiff resides, and where the claims arose.

13. This case is related to the case styled, Lucas Rijper-Greenidge v. McGuire et al., 23-cv-6980 (KPF) (since both Mssrs. Rijper-Greendige share the same last name), as they arise from the same incident.

(3)

The only existing deadlines, due dates and/or cut-off dates I'm aware of are the dates stipulated in 1:23-cv-09702 Document 33; I was ordered by the Court to appear for a initial pretrial conference on May 22, 2025, at 12:00 p.m., and I was also ordered to submit a letter providing information about my case in response to six questions by Thursday of the week prior to the initial pretrial conference.

(4)

As of the time of writing I am unaware of any active motions. I contacted my former lawyer Remy Green and they indicated that they were unaware of any active motions from prior.

(5)

I am unaware if any discovery has taken place. My former lawyers and I did not discuss discovery, even when I made clear that I wanted to discuss it. I've contacted Remy Green via email and was told that they were unaware of any discovery.

I personally retrieved and scanned medical records that my former lawyers were unable to find (I gave them written permission) and gave them a list of suspected assailants including some of their contact information. The same attorneys also requested I send, then received, CCTV video of the incident, photos of my injuries, and my brothers contact information, but I have no knowledge of what they did with any of the data I gave them.

(6)

I would like to inform Judge Failla and the Court that I have not received copies of the some of the Court orders via mail, including the most recent one. This has made it much harder for me to represent myself because I haven't received any notice regarding these proceedings at all. I understand as a pro se party I'm required to inform myself about the status of the proceedings but I would like to note that I received no notice at all from the Court including regarding my status a pro se litigant.

Additionally even though I went down to the Court and personally retrieved the most recent filings, the copy I was given of Document 33 did not include a copy of the Court's Individual Rules of Practices in Civil *Pro Se* Cases("Individual Rules") nor did it include a Discovery Guide. I made a good faith, cursory attempt at locating these documents and was unable to find

them on the <u>uscourts.gov</u> website or using a search engine. It is my understanding that the Court ordered these documents be attached for informational purposes, and as of the time of writing I am not fully informed.

5/15/2025
Miles Rijper-Greenidge                    */s/ M.R.G.*

8 W 130th Street Apt. 3F New York, New York 10037
1(917) 583-9541        greenwek44@yahoo.com