Pro Se Intake Unit
U.S. District Court, Southern District of New York
40 Foley Square, Room 105
New York, NY 10007

**MEMO ENDORSED**

Re:  Case No. 23-cv-09702-KPF, Miles Rijper-Greenidge v. McGuire, et al

I am writing the Court as per the agreement made during the telephonic conference on May 22, 2025 and the Court order filed on the same date, published in Document 36. I would like to inform the Court that I will proceed *pro se*. Unfortunately I was unable to find time to look for an attorney even though I had scheduled some time, due to unforeseen events that required urgent personal attention. I would like to thank Judge Failla for extending me this time, it gave me the opportunity put in order some of my business and personal affairs in order, including dealing with the effects of the constantly changing tariff regime.

7/7/2025
Miles Rijper-Greenidge

8 W 130th Street Apt. 3F New York, New York 10037
1(917) 583-9541     greenwek44@yahoo.com

The Court has reviewed Plaintiff's letter and understands that Plaintiff
will proceed pro se.  (Dkt. #37).  The parties are directed to meet and
confer and file a proposed case management plan on or before **July 23, 2025.**

Plaintiff is reminded that the Court sent him copies of forms explaining how
he can consent to electronic service on May 22, 2025.  (Dkt. #36).

The Clerk of Court is directed to mail a copy of this endorsement to
Plaintiff at his address of record.

Dated:    July 9, 2025               SO ORDERED.
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE