

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **EVAN J. GOTTSTEIN**<br>*Senior Counsel*<br>(212) 356-2262<br>egottste@law.nyc.gov |

August 25, 2025

**By ECF**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



      Re:    <u>Miles Rijper-Greenidge v. McGuire, et al.</u>, 23-CV-9702 (KPF)

Your Honor:

      I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney for defendants in the above referenced action. Defendants write, with plaintiff's consent, to respectfully request an extension of time to file a confidentiality agreement and proposed protective order, until August 29, 2025. This is the first request for an extension of this deadline.

      Pursuant to the Case Management Plan and Scheduling Order entered on July 24, 2025, any confidentiality agreement between the parties is to be filed within 30 days from the date of that Order, which would make any such agreement due by Monday, August 25, 2025. Due to recent commitments in other matters, defendants expect that they will be able to send plaintiff a proposed confidentiality stipulation and protective order forthwith.

      To allow plaintiff sufficient time to review, and, if necessary, confer with defendants before signing it, defendants respectfully request an extension until Friday, August 29, 2025, to either (1) file a confidentiality stipulation and proposed protective order signed by both parties, or, if the parties are unable to agree, (2) submit their respective positions regarding a proposed protective order under Rule 26(c).

      Defendants thank the Court for its time and consideration of this application.

      Respectfully submitted,

      *Evan J. Gottstein*    /s/
      Evan J. Gottstein
      *Senior Counsel*
      Special Federal Litigation Division

cc: <u>Via Email and First Class Mail</u>
Miles Rijper-Greenidge
*Plaintiff Pro Se*
8 West 130th Street, Apt. 3F
New York, New York 10037
greenwek44@yahoo.com

```
Application GRANTED nunc pro tunc.

The Clerk of Court is directed to terminate the pending motion at
docket entry 41.

Dated:    August 26, 2025        SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE