

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

T HE C ITY OF N EW Y ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**EVAN J. GOTTSTEIN**
*Senior Counsel*
(212) 356-2262
egottste@law.nyc.gov

November 19, 2025

**By ECF**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   <u>Miles Rijper-Greenidge v. McGuire, et al.</u>, 23-CV-9702 (KPF)

Your Honor:

    I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney for defendants in the above referenced action. Defendants write to respectfully request an extension of time to complete fact discovery and a corresponding adjournment of the post-discovery pretrial conference, which is currently scheduled for December 11, 2025, at 11:00 a.m. This is the first request for an extension of time to complete discovery in this case, and plaintiff consents to this request.

    Pursuant to the Case Management Plan and Scheduling Order entered on July 24, 2025, the parties were to serve any requests to admit by October 14, 2025, complete depositions of fact witnesses by October 20, 2025, and complete all fact discovery by November 20, 2025. ECF No. 40. Pursuant to ¶ 8(f) of the Case Management Plan and Scheduling Order, the parties had consented to extensions of both parties' time to serve responses to interrogatories and document requests until October 27, 2025. The parties also agreed to meet and confer after exchanging discovery responses, so we could properly estimate how much additional time would be needed to conduct depositions and complete all discovery, after reviewing each party's initial discovery responses. Defendants then served their objections and responses to plaintiff's interrogatories and documents requests on October 27, 2025, as the parties had agreed, but to date, defendants still have not received any discovery responses from plaintiff. Defendants have served plaintiff with a deficiency letter and hope to receive his responses by no later than November 20, 2025. If plaintiff does not serve his discovery responses by that date, defendants will attempt to meet and confer with plaintiff before seeking a motion to compel, pursuant to Local Civil Rule 37.2 and Rule 2(C)(ii) of Your Honor's Individual Rules of Practice in Civil Cases.

    Because plaintiff has not yet served responses to defendants' initial discovery requests, the parties have been unable to schedule and conduct depositions. *See* Case Management Plan and Scheduling Order ¶ 8(d)(i)-(iii). Similarly, without plaintiff's responses to initial discovery

requests and without having completed any depositions, it is currently unclear if any requests to admit will be necessary in this case. Further, because plaintiff has not yet responded to defendants' initial discovery requests, defendants are currently unable to request and obtain any documents from third parties that require signed authorizations from plaintiff (other than those that were provided during limited Local Rule 83.10 discovery), and it is currently unclear if the parties will need to confer about potential deficiencies in plaintiff's responses and/or raise any discovery disputes with the Court.

Accordingly, defendants respectfully request an extension of the remaining fact discovery schedule as follows:[1]

| | |
|---|---|
| Deposition of fact witnesses completed by: | January 30, 2026 |
| Requests to admit (if any) served by: | January 16, 2026 |
| Completion of all fact discovery by: | February 18, 2026 |

Similarly, defendants also respectfully request an adjournment of the post-discovery pretrial conference, which is currently scheduled for December 11, 2025, at 11:00 a.m., until an available date after February 18, 2026.

Defendants thank the Court for its time and consideration of this application.

Respectfully submitted,

*Evan J. Gottstein*          /s/
Evan J. Gottstein
*Senior Counsel*
Special Federal Litigation Division

cc:  Via Email and First Class Mail
Miles Rijper-Greenidge
*Plaintiff Pro Se*
8 West 130th Street, Apt. 3F
New York, New York 10037
greenwek44@yahoo.com

---

[1] Pursuant to Rule 2(C)(i) of Your Honor's Individual Rules of Practice in Civil Cases, defendants are attaching a proposed revised Case Management Plan and Scheduling Order to reflect the new requested discovery schedule.

Application GRANTED. The Court will enter the parties' proposed revised Case Management Plan under separate cover. The post-fact discovery conference previously scheduled for December 11, 2025, is hereby ADJOURNED to **March 12, 2026,** at **10:30 a.m.** in Courtroom 618, 40 Foley Square, New York, New York 10007.

The Court does not appreciate learning the day before the fact discovery deadline that indeed no fact discovery has taken place. Based on the representations of defense counsel, the Court will grant the request for an extension of discovery deadlines, but does not intend to grant any further extension requests. More to the point, if Plaintiff does not immediately participate in good faith in discovery with Defendants, the Court is very likely to impose sanctions on Plaintiff, including possibly dismissal of the action.

The Clerk of Court is directed to terminate the pending motion at docket entry 48 and is further directed to mail a copy of this endorsement to Plaintiff at:

> 8 West 130th Street, Apt. 3F
> New York, New York 10037

Dated:   November 20, 2025         SO ORDERED.
         New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE