



**STEVEN BANKS**
*Corporation Counsel*

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL FUTRAL**
*Assistant Corporation Counsel*
(212) 356-1643
mifutral@law.nyc.gov

May 7, 2026

**By ECF**
Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    Miles Rijper-Greenidge v. Michael McGuire et al.,
             23 Civ. 9702 (KPF)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney for defendants Michael McGuire, Salvatore Provenzano, Carl Rordamel, Nicolaos Tjortjoglou, Jillian Flanagan, and Matthew Miller ("Defendants") in the above-referenced matter. Defendants write to respectfully request that the Court adjourn the post-fact discovery pre-trial conference scheduled for May 27, 2026, at 11:00 a.m., to June 9, June 10, June 15, June 16, June 17, June 18, June 22, June 23, June 24, June 25, June 26, June 29, or June 30, 2026, or to a date thereafter that is more convenient for the Court. Plaintiff advised the undersigned that he is "not free or really available on any of these dates," but that, out of those proposed dates, "June 25, June 26, June 29, or June 30, 2026, would work best for [him]." This is Defendants' third request for an adjournment; both prior requests were granted. (*See* ECF Nos. 49, 53.)

      By way of background, on March 10, 2026, the Court granted Defendants' second request for an extension of time to complete discovery, and adjourned the post-fact discovery pre-trial conference to May 7, 2026. (ECF No. 53.) On May 1, 2026, the Court *sua sponte* rescheduled the post-fact discovery conference to May 27, 2026, at 11:00 a.m. (ECF No. 56.)

      The reason for this request is that the undersigned has a previously scheduled obligation and will not be available for the May 27, 2026 conference. Accordingly, Defendants respectfully request that the Court adjourn the post-fact discovery pre-trial conference to one of the above-listed dates or to a date thereafter that is more convenient for the Court.

Defendants thank the Court for its time and consideration of this application.

Respectfully submitted,

*Michael Futral*          /s/

Michael Futral
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:    *Via Email and First Class Mail*
       Miles Rijper-Greenidge
       *Plaintiff Pro Se*
       8 West 130th Street, Apt. 3F
       New York, New York 10037
       greenwek44@yahoo.com

Application GRANTED.  Following communications with the parties, the Court ADJOURNS the post-fact discovery pretrial conference previously scheduled for May 27, 2026, to **July 9, 2026,** at **10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.  As previously noted (*see* Dkt. #56), in advance of this conference, the Court expects Plaintiff to provide Defendants with comments on their pre-conference letter (Dkt. #55) so that the parties can submit a joint letter on or before **July 2, 2026** (*see* Dkt. #50 at 7).

The Clerk of Court is directed to terminate the pending motion at docket entry 58 and is further directed to mail a copy of this endorsement to Plaintiff at:
     8 West 130th Street, Apt. 3F
     New York, New York 10037

Dated:    May 12, 2026            SO ORDERED.
          New York, New York


                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE

2