UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILES RIJPER-GREENIDGE,

Plaintiff,

-v.-

MICHAEL MCGUIRE, SALVATORE PROVENZANO, CARL RORDAMEL, NICOLAUS TJORTJOGLOU, RYAN MILLER, JILLIAN FLANNAGAN, MATTHEW MILLER, and JOHN AND JANE DOES NOS. 1-9,

Defendants.

23 Civ. 9702 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

As discussed at the conference earlier today, July 9, 2026, Defendants shall file their opening brief in support of their contemplated motion for summary judgment on or before **September 11, 2026**. Plaintiff shall file his opposition on or before **November 6, 2026**. Defendants shall reply on or before **November 20, 2026**. Defendants shall send Plaintiff copies of any cases cited in their briefing.

If Plaintiff wishes to further amend his complaint, he shall confer with counsel for Defendants. If Defendants consent to such amendment, the parties shall advise the Court by letter and propose a deadline for Plaintiff to file his second amended complaint. If Defendants do not consent, Plaintiff shall file a letter requesting leave to amend and setting forth his grounds for doing so under Federal Rule of Civil Procedure 15.

The Clerk of Court is directed to mail a copy of this Order to Mr. Rijper-Greenidge at the following address:

8 W. 130th Street, Apt. 3F
New York, New York 10037.

SO ORDERED.

Dated: July 9, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge